## SIMMONS JANNACE DeLUCA, LLP

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon

Marcus Brown
Irina Feferman*
Michael C. Hayes
Thomas J. Jannace
Ian J. Toth
Scott H. Wertheimer

ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Counsel

Matthew C. Maloney

*Also Admitted NJ
^Also Admitted CT

June 2, 2026

**Via ECF**
District Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:  Cassese, Barbara v. Costco Wholesale Corporation
> Civil Action No.: 7:25-cv-10514-KMK-VR
> Our File No.: 537-10739

Dear Honorable Judge Karas:

This office represents defendant Costco Wholesale Corporation ("Costco") in the above-referenced matter. Please allow this letter to serve as the parties' joint request for a temporary stay of all remaining discovery deadlines set forth in the Case Management and Scheduling Order dated February 10, 2026.

As reflected on the Court's docket, Magistrate Judge Reznik recently granted the parties' request for a settlement conference. (ECF Docs. 17-18). The conference is currently scheduled for August 13, 2026.

Both sides are cautiously optimistic that a resolution can be reached with the assistance of Magistrate Judge Reznik, thereby avoiding the need and expense of further litigation, including fact depositions and expert discovery. Accordingly, the parties respectfully request that all remaining discovery deadlines be temporarily stayed pending the outcome of the upcoming settlement conference. If the matter is not resolved, the parties anticipate being able to complete the remaining fact and expert discovery necessary to prepare the case for trial and/or dispositive motion practice in relatively short order.

District Judge Kenneth M. Karas
United States District Court
Southern District of New York
June 2, 2026
Page 2


There have been no prior requests for an extension or stay of discovery deadlines. Plaintiff's counsel joins in this application. Thank you for the opportunity to address the Court in this matter.

Very truly yours,

/s/ Michael C. Lamendola
Michael C. Lamendola

MCL:

cc: All counsel of record via ECF


Granted. The Parties are to provide the Court with a status report by no later than 7/2/26.

So Ordered.

6/2/26